# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SULLIVAN,<br><br>                Petitioner,<br><br>     v.<br><br>DAVIES, Warden,<br><br>                Respondent. | Case No. LACV 16-7015-GW (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Sept. 27, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE